

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY 10019

212.484.3900    **MAIN**
212.484.3990    **FAX**

afslaw.com

July 1, 2024

**VIA ECF**

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 1620
New York, NY 10007-1312

      Re: *Creative Photographers, Inc. v. Grupo Televisa, S.A.B. et. al.*
          Case No.: 1:23-cv-7106-LJL

Dear Judge Liman:

    Defendant Grupo Televisa, S.A.B. submits the attached opinion in *Minden Pictures, Inc. v. Grupo Televisa, S.A.B*, 1:23-cv-10310-JSR (S.D.N.Y. June 27, 2024) (Hon. J. Rakoff), as supplemental authority in support of its pending motion to dismiss for lack of personal jurisdiction (ECF Nos. 53-56 and 58-59).  A copy of the opinion is enclosed herewith as **Exhibit A**.  For the Court's convenience, a copy of the dismissed First Amended Complaint in *Minden Pictures* is enclosed as **Exhibit B**.

    For the reasons set forth in the enclosed opinion, Grupo Televisa's pending motion to dismiss should be granted.

                        Respectfully submitted,

                        /Ross Panko/
                        Ross Q. Panko (admitted *pro hac vice*)
                        ArentFox Schiff LLP
                        1717 K Street, NW
                        Washington, DC 20006
                        Tel: (202) 857-6090
                        Email: ross.panko@afslaw.com

                        Ariel Peikes
                        ArentFox Schiff LLP
                        1301 Avenue of the Americas, 42nd Floor
                        New York, NY 10019
                        Tel.: (212) 457-5442
                        Email: ariel.peikes@afslaw.com

**Smart In
Your World**®



*Attorneys for Defendant Grupo Televisa, S.A.B.*

Enclosures

cc: Counsel of record (via ECF)