UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CREATIVE PHOTOGRAPHERS, INC.,

                Plaintiff,

-against-                                        23 **CIVIL** 7106 (LJL)

**JUDGMENT**

GRUPO TELEVISA, S.A.B.,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 4, 2025, the motion to dismiss the SAC for lack of personal jurisdiction is GRANTED. Because Plaintiff has had multiple opportunities to amend, and any further amendment would be futile, the SAC is dismissed with prejudice. *See McCarthy v. Dun & Bradstreet Corp.*, 482 F.3d 184, 200 (2d Cir. 2007) ("Although Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend shall be freely given when justice so requires, it is within the sound discretion of the district court to grant or deny leave to amend. A district court has discretion to deny leave for good reason, including futility, bad faith, undue delay, or undue prejudice to the opposing party." (internal citations and punctuation omitted)); accordingly, the case is closed.

**Dated:** New York, New York

      February 5, 2025

                                                        **TAMMI M. HELLWIG**

                                                            **Clerk of Court**

                                      **BY:**      K. Mango

                                                            **Deputy Clerk**